[L.A. No. 29938. In Bank. July 17, 1972.]

JIMMY WAYNE HENDRIX, a Minor, Petitioner, v.
THE SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent;
THE PEOPLE, Real Party in Interest.

### COUNSEL

Peter Bull, Edward Steinman, Robert L. Walker, Roy Dankman and Davis, York & Dankman for Petitioner.

No appearance for Respondent.

Joseph P. Busch, District Attorney, Harry Wood, Robert J. Lord, Arnold T. Guminski and Daniel L. Bershin, Deputy District Attorneys, for Real Party in Interest.

### OPINION

**WRIGHT, C. J.**—Petitioner seeks to prohibit his prosecution for murder under the general criminal law. The respondent court, sitting as a juvenile court, directed petitioner's prosecution as an adult in proceedings which were materially similar to those in *Bryan* v. *Superior Court, ante,* p. 575 [102 Cal.Rptr. 831, 498 P.2d 1079]. Petitioner raises no contentions not disposed of in that case.

For the reasons stated in *Bryan,* the alternative writ heretofore issued is discharged and the petition for a peremptory writ is denied.

McComb, J., Peters, J., Tobriner, J., Mosk, J., Burke, J., and Sullivan, J., concurred.